No. 80–5523.  Frasquillo-Zomosa v. United States. C. A. 9th Cir.  Certiorari denied.

No. 80–5524.  Coury v. United States.  C. A. 5th Cir. Certiorari denied.

No. 80–5527.  Hoskins v. United States.  C. A. 5th Cir. Certiorari denied.

No. 80–5534.  Leyba v. United States.  C. A. 10th Cir. Certiorari denied.

No. 80–5535.  Garcia-Anguiana v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 80–359.  Johnson, for the use of Rossiello v. Allstate Insurance Co.  C. A. 7th Cir.  Certiorari denied. Justice Stewart took no part in the consideration or decision of this petition.

No. 80–502.  Florey et al. v. Sioux Falls School District 49–5 et al.  C. A. 8th Cir.  Certiorari denied.  Justice Brennan and Justice Marshall would grant certiorari.

No. 79–6410.  James v. United States, *ante,* p. 846;
No. 79–6531.  Hall v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida, *ante,* p. 892;
No. 79–6533.  Huang v. Rosen et al., *ante,* p. 848;
No. 79–6892.  Bryan v. Byrd et al., *ante,* p. 868;
No. 80–5124.  Shaw v. United States, *ante,* p. 881;
No. 80–5166.  Lillibridge, Trustee, et al. v. United States et al., *ante,* p. 883; and
No. 80–5218.  Matthews v. United States, *ante,* p. 883. Petitions for rehearing denied.